UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CINDY R. GIBSON N/K/A CINDY R. GADDY and HOMER ROY GADDY,<br><br>　　　　Defendants. | Case No. 06-cv-4089-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal, and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendants Cindy R. Gibson N/K/A Cindy R. Gaddy and Homer Roy Gaddy, in this case, are **DISMISSED with prejudice**.

　　**DATE: December 18, 2006**

　　　　　　　　　　　　　　　　　　　　**NORBERT G. JAWORSKI, CLERK**

　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
　　　　　　**J. PHIL GILBERT**
　　　　　　**U.S. District Judge**